THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER C. DORN, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUDITH MORGAN, Appellant, v. SOLON C. WOLFE, as Acting Superintendent of Matteawan Hospital, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

JOSHUA SOKOLOW, Respondent, v. MARSHA SOKOLOW, Appellant.—

Since this was a nonjury case, the trial court was required to render a decision, either oral or written, stating the facts which it deemed essential (Civ. Prac. Act, § 440). This it did not do. The decision required by section 440 of the Civil Practice Act may not be omitted (*Driskell* v. *Alfano*, 12 A D 2d 973). Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (October 18, 1961)

P. M. HUGHES & SONS, INC., Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of PEROSI HOMES, INC., Respondent, v. ALBERT V. MANISCALCO, as Borough President of the Borough of Richmond, et al., Appellants.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.